**PLACID OIL COMPANY,**
**Plaintiff-Appellant,**

v.

**The FEDERAL ENERGY ADMINISTRATION and John F. O'Leary, Administrator (now the Department of Energy and James R. Schlesinger, Secretary of Energy), Defendants-Appellees.**

**No. 5–37.**

Temporary Emergency Court of Appeals.

Argued June 22, 1979.

Decided July 13, 1979.

A. B. Conant, Jr., Shank, Irwin, Conant, Williamson & Grevelle, Dallas, Tex., of counsel, with whom Morgan, Lewis & Bockius, Washington, D. C., and Paul W. Hicks, Placid Oil Co., Dallas, Tex., on brief, for plaintiff-appellant.

Dina R. Lassow, Dept. of Justice, Washington, D. C., with whom Barbara Allen Babcock, Asst. Atty. Gen., and C. Max Vas-

sanelli, Washington, D. C., on brief, for defendants-appellees.

Before MORGAN, BECKER and GEWIN, Judges.

PER CURIAM:

Having heard oral argument and after considering the record and briefs on this appeal, the court finds no reversible error and therefore affirms on the well-reasoned opinion of Judge Higginbotham. *See* D.C., 465 F.Supp. 1199.